EDWARD G. PIZZELLA, ADMINISTRATOR, ET AL. *v.*
WILLARD L. MARTIN

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Wesley W. Horton,* for the appellee (defendant).

*William J. Eddy,* for the appellant (named plaintiff).

Argued May 1—decided May 1, 1973

MICHAEL J. ZIELSKI ET AL. *v.* STRATFORD PLANNING AND ZONING COMMISSION

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Raymond B. Rubens,* for the appellees (plaintiffs).

*Aaron H. Schless,* for the appellant (defendant).

Argued May 1—decided May 1, 1973

KOHN DISPLAY & WOODWORKING COMPANY, INC. *v.* PARAGON PAINT AND VARNISH

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is dismissed.

*Jack M. Krulewitz,* for the appellant (defendant).

No appearance for the appellee (plaintiff).

Argued May 1—decided May 1, 1973